UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 05-289 (DSD/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Joseph Anthony Roberson,** | |
| **Defendant.** | |

Richard A. Newberry, Jr., Assistant U.S. Attorney, on behalf of Plaintiff.

Scott F. Tilsen, Esq., and Lyonel Norris, Esq., on behalf of Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 26, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant Roberson's Motions to Suppress Evidence (Doc. Nos. 20 and 23) are **DENIED**; and

2. Defendant Roberson's Motion to Suppress Statements (Doc. No. 21) is **DENIED**.

DATED: February 14, 2006        s/David S. Doty
                                DAVID S. DOTY
                                United States District Court Judge