UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-289(DSD/SRN)

United States of America,

        Plaintiff,

v.                                      **ORDER**

Joseph Anthony Roberson,

        Defendant.

    This matter is before the court upon the government's motion for an evidentiary hearing.  The government has requested a hearing based upon its objection to the probation officer's conclusion that a four-level enhancement under Sentencing Guidelines section 2K2.1(b)(5) is not warranted.  For good cause shown, the court grants the government's motion and will conduct an evidentiary hearing to determine whether the evidence supports a four-level enhancement.

    Therefore, **IT IS HEREBY ORDERED** that the government's motion for an evidentiary hearing [Doc. No. 84] is granted.

Dated: June 22, 2006

                                                    s/ David S. Doty
                                                David S. Doty, Judge
                                                United States District Court